# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 2:12-cr-048- JCM-RJJ |
| ) | |
| NAM VIET NGUYEN, ) | |
| ) | |
| Defendant. ) | **ORDER** |

The court granted the Federal Public Defender's sealed "Ex-Parte Motion to Withdraw and Appointment of New Counsel" on April 3, 2012 (#16).  Therefore;

IT IS HEREBY ORDERED that Margaret M. Stanish, Esq. is appointed as counsel for Nam Viet Nguyen in place of the Federal Public Defender for all future proceedings.

IT IS FURTHER ORDERED that the Federal Public Defender  shall forward the file to Ms. Stanish forthwith.

DATED  this   4th    day of April, 2012.

Nunc Pro Tunc: April 6, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge